THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PERRY, Appellant. [648 NYS2d 383] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment

of Supreme Court, Erie County, Wolfgang, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.